COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jarvis Lamont Carnell v. The State of Texas

Appellate case number:   01-15-00519-CR

Trial court case number: 1933252

Trial court:             County Criminal Court at Law No. 10, Harris County

The reporter's record in this case was due on July 27, 2015. *See* Tex. R. App. P. 35.1. The court reporter filed an information sheet, stating that there was a reporter's record in this case, but that appellant had not paid or made arrangements to pay for the record. The clerk's record indicates, however, that the trial judge found appellant to be indigent and entitled to a clerk's record and reporter's record at no cost. Because the reporter's record has not been filed timely, we issue the following order.

We order Bonnie Rodriguez, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                        ☒ Acting individually    ☐ Acting for the Court

Date:  October 15, 2015